**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X

ANDRE DUNCAN and JALLOH A. SAMUSI,                          2:25-CV-04477 (NJC)(ST)

                                    Plaintiff,

            -against-

COUNTY OF NASSAU, CORRECTIONS OFFICER
VENTURE #4777, CORRECTIONS OFFICER JOHN
DOES #1-10 (fictitiously named), in their individual and
official capacities, and NASSAU COUNTY SHERIFF
ANTHONY J. LAROCCO, in his individual and official
capacities,

                                    Defendants.

-------------------------------------------------------------------------- X

   **IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the

undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant

or incompetent person for whom a committee has been appointed, and no person not a party has

an interest in the subject matter of the action, that the above-entitled action is dismissed with

prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: ~~February~~ June 3 , 2026

**ATTORNEYS FOR PLAINTIFF:**                    **ATTORNEYS FOR DEFENDANTS:**

HORN WRIGHT, LLP                               THOMAS A. ADAMS
                                               Nassau County Attorney
By: _____
    Pablo A. Fernandez                         By: _____
400 Garden City Plaza, Suite 500                    Steven V. Dalton
Garden City, New York 11530                         Deputy County Attorney
Ph.: (516) 355-9696                            1 West Street
                                               Mineola, New York 11501
                                               Ph.: (516) 571-3046


**SO ORDERED:**


_____
**HON. NUSRAT J. CHOUDHURY**