**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | June 2, 2026 |
| TIME: | 2:00 p.m. |
| DOCKET NUMBER(S): | 25cv4477-NJC-ST |
| NAME OF CASE(S): | Duncan et al v. County of Nassau et al |
| FOR PLAINTIFF(S): | Fernandez |
| FOR DEFENDANT(S): | Dalton |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Not Recorded. |

RULINGS FROM  Telephone Conference          :

Parties filed the stipulation of dismissal today and the case can be closed.